In the Matter of the Application of GLEN JONES for a Writ of Habeas Corpus, Petitioner, v. W. E. LEYPOLDT, Sheriff of Clark County, Nevada, Respondent.

No. 3914

March 21, 1956.                                    295 P.2d 385.

*George E. Marshall,* of Las Vegas, for Petitioner.

*Harvey Dickerson,* Attorney General, and *Geo. Dickerson,* District Attorney, Clark County, for Respondent.

## DECISION

Upon stipulation of counsel that the decision in this matter upon the facts would be controlled by our decision in Ex Parte Colton, handed down this day; for the reasons set forth in our opinion in that matter the order of the trial court denying release under habeas corpus is affirmed.

MERRILL, C. J.
BADT, J.
EATHER, J.